**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.  09 CV 02865-RPM-BNB**

**GARY D. BLEHM,**

    **Plaintiff,**

**v.**

**ALBERT A. JACOBS,
JOHN JACOBS,
THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC.,
LIFE IS GOOD WHOLESALE, INC., and
LIFE IS GOOD RETAIL, INC.,**

    **Defendants.**

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND JURY DEMAND**

---

Upon review of Plaintiff's Unopposed Motion For Leave To File Second Amended Complaint And Jury Demand filed on January 14, 2010, it is

ORDERED that the motion is granted and the Second Amended Complaint And Jury Demand attached thereto shall be deemed filed as of the date of this Order.

Dated this 14th day of January, 2010.

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge