**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  09 CV 02865-RPM-BNB

GARY D. BLEHM,

      Plaintiff,

v.

ALBERT A. JACOBS,
JOHN JACOBS,
THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC.,
LIFE IS GOOD WHOLESALE, INC., and
LIFE IS GOOD RETAIL, INC.,

      Defendants.

---

**AMENDED CASE MANAGEMENT ORDER**

---

THIS MATTER comes before the Court on the Parties' Joint Motion to Amend Case Management Order.

**IT IS ORDERED** that:

The Parties' Joint Motion is **GRANTED**, and

The Case Management Order shall be amended as follows:

I.    **Deadline for Joinder of Parties and Amendment of Pleadings:** July 1, 2010 (No change from current CMO).

II.    **Discovery Cut-off:** May 20, 2011.

III.    **Dispositive Motion Deadline:** June 15, 2011.

**IV.**   **Expert Witness Disclosure:**

      A.      The parties propose a limit of four (4) expert witnesses per side, including rebuttal experts.

      B.      The parties agree that the party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 18, 2011.

      C.      The parties agree that the parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 28, 2011.

      D.      The parties agree that any rebuttal opinions will be exchanged on or before April 18, 2011.

**V.**   **Interrogatory Schedule:**

The parties may serve written interrogatories on the other party pursuant to Fed. R. Civ. P. 33 on or before 33 days prior to the discovery cut-off.

**VI.**   **Schedule for Request for Production of Documents:**

The parties may serve Requests for Production of Documents on the other party pursuant to Fed. R. Civ. P. 34 on or before 33 days prior to the discovery cut-off.

**VII.**   **Discovery Limitations:**

      A.      <u>Limits on the Number of Depositions</u>.

The parties agree that the number of depositions allowed per party is 15.

B.      <u>Length of Depositions.</u>

The parties will abide by the presumptive limit of one day of seven hours set forth in the

Federal Rules of Civil Procedure, and either party may seek leave from the Court for additional

time with respect to a given deposition pursuant to Fed. R. Civ. P. 30(d)(1) and 26(b)(2).

C.      <u>Limits on Number of Interrogatories and Requests for Production and/or Requests
        for Admission</u>.

The parties propose no modifications on the presumptive numbers of interrogatories,

requests for production, and requests for admission contained in the federal rules.


IT IS SO ORDERED:

Dated this 12th day of November, 2010.

                                        **BY THE COURT:**

                                        **s/Richard P. Matsch**
                                        _____
                                        Richard P. Matsch, Senior District Judge

CASE MANAGEMENT ORDER REVIEWED:

| | |
|---|---|
| *s/Thomas P. Howard* | *s/Jared B. Briant* |
| Thomas P. Howard | Natalie Hanlon-Leh |
| Wendi S. Temkin | Jared B. Briant |
| Kenneth R. Morris | Faegre & Benson LLP |
| GARLIN DRISCOLL HOWARD, LLC | 3200 Wells Fargo Center |
| 245 Century Circle, Suite 101 | 1700 Lincoln Street |
| Louisville, CO 80027 | Denver, CO 80203-4532 |
| Phone:  303-926-42222 | Phone: 303-607-3588 |
| toward@gdhlaw.com | nhanlon-leh@faegre.com |
| wtemkin@gdhlaw.com | jbriant@faegre.com |
| kmorris@gdhlaw.com | |

*Attorneys for Defendants*

Conor F. Farley
JP Martin
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
PO Box 8749
Denver, CO 80201-8749
Phone:  303-295-8000
cfarley@hollandhart.com

*Attorneys for Plaintiff*

4844335_2.DOC