IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02865-RPM

GARY D. BLEHM,

    Plaintiff,

v.

ALBERT A. JACOBS,
JOHN JACOBS,
THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC.,
LIFE IS GOOD WHOLESALE, INC., and
LIFE IS GOOD RETAIL, INC.,

    Defendants.

---

## STAY ORDER

---

On April 6, 2011, the defendants filed a motion for summary judgment, seeking dismissal on all of the plaintiff's claims. On April 11, 2011, the parties filed a Joint Motion to Amend Case Management Order, extending deadlines for additional discovery and disclosure of expert witnesses. The deadlines proposed may not be appropriate, depending upon a ruling on the defendants' motion for summary judgment. Accordingly, it is

ORDERED that discovery in this civil action is stayed pending disposition of the defendants' motion for summary judgment. Accordingly, the Joint Motion to Amend Case Management Order is denied on the expectation that a new order will be considered if the motion for summary judgment is denied.

Dated: April 12th, 2011

                                                BY THE COURT:

                                               s/Richard P. Matsch
                                               _____
                                               Richard P. Matsch, Senior District Judge