**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09 CV 02865-RPM-BNB


GARY D. BLEHM,

      Plaintiff,

v.

ALBERT A. JACOBS,
JOHN JACOBS,
THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC.,
LIFE IS GOOD WHOLESALE, INC., and
LIFE IS GOOD RETAIL, INC.,

      Defendants.

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGMENT
OF TIME PURSUANT TO F.R.C.P. RULE 6(b)(1)(A) TO RESPOND TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

---

      Upon review of Plaintiff Gary D. Blehm's Unopposed Motion for Enlargement of Time

Pursuant to F.R.C.P. Rule 6(b)(1)(A) to Respond to Defendants' Motion for Summary Judgment.

[36] filed today, it is

      ORDERED that the motion is granted and plaintiff shall respond to the motion for

summary judgment on or before  May 30, 2011.

Dated:  April 18, 2011

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior Judge