## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09 CV 02865-RPM

**GARY D. BLEHM,**

    **Plaintiff,**

v.

**ALBERT A. JACOBS,**
**JOHN JACOBS,**
**THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC.,**
**LIFE IS GOOD WHOLESALE, INC., and**
**LIFE IS GOOD RETAIL, INC.,**

    **Defendants.**

_____

### ORDER RE: MOTION TO WITHDRAW AS ATTORNEY OF RECORD
_____

    Upon review of Attorney Kenneth R. Morris' Unopposed Motion to Withdraw as Attorney of Record for Plaintiff (43), it is

    ORDERED that the Motion is GRANTED. Attorney Kenneth R. Morris is now withdrawn as attorney of record for Plaintiff in this matter, and the Clerk is directed to terminate his electronic service in this case.  Co-Counsel Thomas P. Howard, Esq. and Conor F. Farley, Esq. shall continue in their ongoing representation of Plaintiff from their respective law firms of Thomas P. Howard, LLC and Holland & Hart, LLP without interruption.

    Dated: July 21st, 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard . Matsch, Senior Judge