# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                  September 1, 2011
Courtroom Deputy:      J. Chris Smith
FTR Technician:        B. Abiakam

_____

Civil Action No. 09-cv-02865-RPM

| | |
|---|---|
| GARY D. BLEHM, | Thomas P. Howard |
| | Conor F. Farley |
| Plaintiff, | |
| v. | |
| ALBERT A. JACOBS, | Natalie M. Hanlon-Leh |
| JOHN JACOBS, | Spencer B. Ross |
| THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC., | |
| LIFE IS GOOD WHOLESALE, INC., and | |
| LIFE IS GOOD RETAIL, INC., | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**2:00 p.m.       Court in session.**

Plaintiff and defendants' client representative John Banse present.

Court's preliminary remarks.
Court states it finds that there are factual issues with respect to the defense of independent creation.

2:03 p.m.       Argument by Ms. Hanlon-Leh.
2:15 p.m.       Argument by Mr. Howard.
2:50 p.m.       Rebuttal argument by Ms. Hanlon-Leh

**ORDERED:   Defendants' Motion for Summary Judgment [33], is taken under advisement.**

**3:00 p.m. Court in recess.**

Hearing concluded.  Total time: 1 hr.