IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02865-RPM-BNB

GARY D. BLEHM,

    Plaintiff,

vs.

ALBERT A. JACOBS,
JOHN JACOBS,
THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC.,
LIFE IS GOOD WHOLESALE, INC., and
LIFE IS GOOD RETAIL, INC.,

    Defendants.

## ORDER GRANTING STAY OF EXECUTION AND APPROVAL OF SUPERSEDEAS BOND

This matter comes before the Court on the Unopposed Motion to Stay Execution of Judgment and for Approval of Supersedeas Bond of Plaintiff Gary D. Blehm. Having considered the unopposed motion, the Court hereby

FINDS that there is good cause shown to stay execution of any proceedings to enforce the Judgment entered on September 19, 2011, and

FURTHER FINDS that Plaintiff has tendered a Supersedeas Bond that is acceptable to Defendants and is good and adequate security for the September 19, 2011 Judgment, and

ORDERS that Plaintiff's Unopposed Motion to Stay Execution of Judgment and for Approval of Supersedeas Bond is GRANTED. Accordingly, the Supersedeas Bond posted by Plaintiff is hereby approved and accepted and execution of, or any proceedings to enforce, the September 19, 2011 Judgment are stayed until further Order of this Court.

-2-

FURTHER ORDERS that Plaintiff is directed to deposit the Supersedeas Cash Bond in the amount of $8,832.66 into the registry of the Court for deposit in an interest bearing account.

Signed this 9th day of November, 2011.

                                 **BY THE COURT:**

                                 s/Richard P. Matsch

                                 Richard P. Matsch, Senior District Judge