IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02865-RPM

GARY D. BLEHM,

    Plaintiff,

v.

ALBERT A. JACOBS,
JOHN JACOBS,
THE LIFE IS GOOD COMPANY f/k/a LIFE IS GOOD, INC.,
LIFE IS GOOD WHOLESALE, INC., and
LIFE IS GOOD RETAIL, INC.,

    Defendants.

---

## JUDGMENT

---

Pursuant to the Order Denying the Defendants' Motion for Recovery of Full Costs Pursuant to 17 U.S.C. § 505 entered by Senior District Judge Richard P. Matsch on March 28, 2013, it is

ORDERED AND ADJUDGED that the Defendants' motion for recovery of full costs is denied.

Dated:  March 28, 2013

                        FOR THE COURT:

                        GREGORY C. LANGHAM, Clerk

                            s/M. V. Wentz

                        By_____
                                Deputy